UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE MEZA GIRON, | ) | CASE NO. CV 08-7077-PSG (PJW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| ROBERT ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: September 2, 2009 .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-7077 J.wpd